# United States Court of Appeals for the Federal Circuit

---

**CONFEDERACION DE ASOCIACIONES AGRICOLAS DEL ESTADO DE SINALOA, A.C., CONSEJO AGRICOLA DE BAJA CALIFORNIA, A.C., ASOCIACION MEXICANA DE HORTICULTURA PROTEGIDA, A.C., ASOCIACION DE PRODUCTORES DE HORTALIZAS DEL YAQUI Y MAYO, SISTEMA PRODUCTO TOMATE,**
*Plaintiffs-Appellants*

v.

**UNITED STATES, THE FLORIDA TOMATO EXCHANGE,**
*Defendants-Appellees*

---

2020-2232, 2020-2299, 2020-2300

---

Appeals from the United States Court of International Trade in Nos. 1:19-cv-00203-JCG, 1:19-cv-00206-JCG, 1:20-cv-00036-JCG, Judge Jennifer Choe-Groves.

---

## MANDATE

---

In accordance with the judgment of this Court, entered April 14, 2022, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

June 6, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court