# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| CONFEDERACION DE ASOCIACIONES AGRICOLAS DEL ESTADO DE SINALOA, A.C.; CONSEJO AGRICOLA DE BAJA CALIFORNIA, A.C.; ASOCIACION MEXICANA DE HORTICULTURA PROTEGIDA, A.C.; ASOCIACION DE PRODUCTORES DE HORTALIZAS DEL YAQUI Y MAYO; and SISTEMA PRODUCTO TOMATE, Plaintiffs, v. UNITED STATES, Defendant, and THE FLORIDA TOMATO EXCHANGE, Defendant-Intervenor. | Court No. 19-00203 |

## NOTICE OF WITHDRAWAL OF ATTORNEY

Please take notice that Spencer S. Griffith, counsel for Confederación de Asociaciones Agrícolas del Estado de Sinaloa, A.C., Consejo Agrícola de Baja California, A.C., Asociación Mexicana de Horticultura Protegida, A.C., Asociación de Productores de Hortalizas del Yaqui y Mayo, and Sistema Producto Tomate (collectively, "Associations"), should be removed as counsel of record in the above-captioned case and in the cases in the attached schedule. Yujin K. McNamara is the lead attorney and will continue to represent the Associations as counsel of record in this case and in the cases in the attached schedule.

Respectfully submitted,

/s/ Spencer S. Griffith

1

|  |  |
|---|---|
|  | Spencer S. Griffith |
|  | AKIN GUMP STRAUSS HAUER & FELD LLP |
|  | 2001 K Street, NW |
|  | Washington, DC 20006 |
|  | 202-887-4000 |
|  | sgriffith@akingump.com |
| Dated: December 29, 2022 | *Counsel to Confederación de Asociaciones Agrícolas del Estado de Sinaloa, A.C., Consejo Agrícola de Baja California, A.C., Asociación Mexicana de Horticultura Protegida, A.C., Asociación de Productores de Hortalizas del Yaqui y Mayo, and Sistema Producto Tomate* |

**Schedule to Notice of Withdrawal of Attorney**

| Court Numbers | Case Name | Parties Represented |
|---|---|---|
| 19-204 | *Bioparques de Occidente, S.A. de C.V. et al. v. United States* | Confederación de Asociaciones Agrícolas del Estado de Sinaloa, A.C., Consejo Agrícola de Baja California, A.C., Asociación Mexicana de Horticultura Protegida, A.C., Asociación de Productores de Hortalizas del Yaqui y Mayo, and Sistema Producto Tomate |
| 19-206 | *Confederación de Asociaciones Agrícolas del Estado de Sinaloa, A.C. et al. v. United States* | Confederación de Asociaciones Agrícolas del Estado de Sinaloa, A.C., Consejo Agrícola de Baja California, A.C., Asociación Mexicana de Horticultura Protegida, A.C., Asociación de Productores de Hortalizas del Yaqui y Mayo, and Sistema Producto Tomate |
| 20-036 | *Asociación Mexicana de Horticultura Protegida, A.C. et al. v. United States* | Confederación de Asociaciones Agrícolas del Estado de Sinaloa, A.C., Consejo Agrícola de Baja California, A.C., Asociación Mexicana de Horticultura Protegida, A.C., Asociación de Productores de Hortalizas del Yaqui y Mayo, and Sistema Producto Tomate |
| 20-042 | *Asociación Mexicana de Horticultura Protegida, A.C. et al. v. United States* | Confederación de Asociaciones Agrícolas del Estado de Sinaloa, A.C., Consejo Agrícola de Baja California, A.C., Asociación Mexicana de Horticultura Protegida, A.C., Asociación de Productores de Hortalizas del Yaqui y Mayo, and Sistema Producto Tomate |