# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | | |
|---|---|---|
| CONFEDERACION DE ASOCIACIONES AGRICOLAS DEL ESTADO DE SINALOA, A.C.; CONSEJO AGRICOLA DE BAJA CALIFORNIA, A.C.; ASOCIACION MEXICANA DE HORTICULTURA PROTEGIDA, A.C.; ASOCIACION DE PRODUCTORES DE HORTALIZAS DEL YAQUI Y MAYO; and SISTEMA PRODUCTO TOMATE, | : | |
| Plaintiffs, | : | |
| v. | : | Court No. 19-00203 |
| UNITED STATES, | : | |
| Defendant, | : | |
| and | : | |
| THE FLORIDA TOMATO EXCHANGE, | : | |
| Defendant-Intervenor. | : | |

## NOTIFICATION OF TERMINATION OF ACCESS TO BUSINESS PROPRIETARY INFORMATION PURSUANT TO RULE 73.2(C)

Spencer S. Griffith declares that:

I am an attorney representing Confederación de Asociaciones Agrícolas del Estado de Sinaloa, A.C., Consejo Agrícola de Baja California, A.C., Asociación Mexicana de Horticultura Protegida, A.C., Asociación de Productores de Hortalizas del Yaqui y Mayo, and Sistema Producto Tomate in this action and the parties indicated in the actions listed on the attached schedule. I hereby give notice that I am no longer involved in the litigation in this action and those actions listed on the attached schedule and, therefore, I have terminated my access to Business Proprietary Information in such actions. I certify that I have not retained any

1

documents, including copies of documents, work papers, notes or records in electronic media, containing Business Proprietary Information.

I recognize that I remain bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade, and that I may not divulge the Business Proprietary Information that I learned during this action and those actions listed on the attached schedule or in the administrative proceeding that gave rise to the actions to any person.

Respectfully submitted,

/s/ Spencer S. Griffith
Spencer S. Griffith
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, NW
Washington, DC 20006
202-887-4000
sgriffith@akingump.com

Dated:  December 29, 2022

*Counsel to Confederación de Asociaciones Agrícolas del Estado de Sinaloa, A.C., Consejo Agrícola de Baja California, A.C., Asociación Mexicana de Horticultura Protegida, A.C., Asociación de Productores de Hortalizas del Yaqui y Mayo, and Sistema Producto Tomate*

**Schedule to Notification of Termination of Access
to Business Proprietary Information
Pursuant to Rule 73.2(c)**

| Court Numbers | Case Name | Parties Represented |
|---|---|---|
| 19-204 | *Bioparques de Occidente, S.A. de C.V. et al. v. United States* | Confederación de Asociaciones Agrícolas del Estado de Sinaloa, A.C., Consejo Agrícola de Baja California, A.C., Asociación Mexicana de Horticultura Protegida, A.C., Asociación de Productores de Hortalizas del Yaqui y Mayo, and Sistema Producto Tomate |
| 19-206 | *Confederación de Asociaciones Agrícolas del Estado de Sinaloa, A.C. et al. v. United States* | Confederación de Asociaciones Agrícolas del Estado de Sinaloa, A.C., Consejo Agrícola de Baja California, A.C., Asociación Mexicana de Horticultura Protegida, A.C., Asociación de Productores de Hortalizas del Yaqui y Mayo, and Sistema Producto Tomate |
| 20-036 | *Asociación Mexicana de Horticultura Protegida, A.C. et al. v. United States* | Confederación de Asociaciones Agrícolas del Estado de Sinaloa, A.C., Consejo Agrícola de Baja California, A.C., Asociación Mexicana de Horticultura Protegida, A.C., Asociación de Productores de Hortalizas del Yaqui y Mayo, and Sistema Producto Tomate |
| 20-042 | *Asociación Mexicana de Horticultura Protegida, A.C. et al. v. United States* | Confederación de Asociaciones Agrícolas del Estado de Sinaloa, A.C., Consejo Agrícola de Baja California, A.C., Asociación Mexicana de Horticultura Protegida, A.C., Asociación de Productores de Hortalizas del Yaqui y Mayo, and Sistema Producto Tomate |